IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:21CR125 |
| vs. | ) | |
| ZACHARY PETERSON, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [30]. Following a telephone conference with the parties on March 7, 2022, and for the reasons set forth in the motion, the court will grant the motion. Additionally, during the call the parties requested at least a 90 day continuance which the court finds to be appropriate. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [30] is granted, as follows:

1. The jury trial now set for March 15, 2022, is continued to **June 28, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 28, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:** March 7, 2022

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**